| | |
|---|---|
| 1 | **OFFICE OF THE GENERAL COUNSEL** |
| | **SEMPRA ENERGY** |
| 2 | SABINA CLORFEINE (SBN 193220) |
| | sclorfeine@sempra.com |
| 3 | JENNIFER SCHNEIDER (SBN 259403) |
| | jschneider@sempra.com |
| 4 | 101 Ash Street, Suite 1100 |
| | San Diego, CA 92101-3017 |
| 5 | Telephone: 619-699-5126 |
| | Facsimile: 619-696-4838 |
| 6 | |
| 7 | Attorneys for Defendant |
| | SDG&E QUALIFIED NUCLEAR DECOM |
| 8 | |
| 9 | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| | JULIA I. DE BEERS (SBN 233811) |
| 10 | jdebeers@akingump.com |
| | 2029 Century Park East |
| 11 | Suite 2400 |
| | Los Angeles, CA 90067 |
| 12 | Telephone: 310-229-1000 |
| | Facsimile: 310-229-1001 |
| 13 | |
| 14 | Attorneys for Plaintiffs |
| | DEUTSCHE BANK TRUST COMPANY AMERICAS, |
| 15 | LAW DEBENTURE TRUST COMPANY OF NEW |
| | YORK, AND WILMINGTON TRUST COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, et al. | **CLASS ACTION** |
| Plaintiffs, | Case No. CV11-02634 JCS |
| v. | **STIPULATION TO EXTEND TIME FOR SDG&E QUALFIED NUCLEAR DECOM TO RESPOND TO COMPLAINT (Local Rule 6-1(a))** |
| FIRST REPUBLIC BANK, et al. | |
| Defendants. | |

---

Stipulation to Extend Time for SDG&E QUALIFIED NUCLEAR DECOM to Respond to Complaint     CV11-02634 JCS

## STIPULATION TO EXTEND TIME FOR DEFENDANT SDG&E QUALIFIED NUCLEAR DECOM TO RESPOND TO COMPLAINT

Pursuant to Local Rule 6-1, Plaintiffs Deutsche Bank Trust Company Americas in its capacity as successor indenture trustee for a certain series of Senior Notes ("DBTCA"), Law Debenture Trust Company of New York, in its capacity as successor indenture trustee for a certain series of Senior Notes ("Law Debenture"), and Wilmington Trust Company, in its capacity as successor indenture trustee for the PHONES Notes ("Wilmington Trust" and, together with DBTCA and Law Debenture, "Plaintiffs") by and through their counsel, and Defendant SDG&E Qualified Nuclear Decom hereby stipulate and agree that the time for Defendant SDG&E Qualified Nuclear Decom to answer or otherwise respond to the Complaint is extended by sixty days from the date the response to the Complaint would have been due (i.e., 81 days after service of the Complaint, not counting the day it was received), unless the Court orders otherwise.

Dated: 6/28, 2011

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
Julia I. De Beers
Attorneys for Plaintiffs
DEUTSCHE BANK TRUST COMPANY AMERICAS
LAW DEBENTURE TRUST COMPANY OF NEW YORK AND WILMINGTON TRUST COMPANY

Dated: 6/28, 2011

OFFICE OF THE GENERAL COUNSEL
SEMPRA ENERGY

Dated: June 29, 2011

_____
Sabina Clorfeine
Attorneys for Defendant
SDG&E QUALIFIED NUCLEAR DECOM

IT IS SO ORDERED
Judge Joseph C. Spero

---

Stipulation to Extend Time for SDG&E QUALIFIED NUCLEAR DECOM to Respond to Complaint    CV11-02634 JCS

1

| | |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | STATE OF CALIFORNIA, COUNTY OF LOS ANGELES |

3    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 101 Ash Street, Suite 1100, San Diego, CA 92101-3017. On June 28, 2011, I served the foregoing document(s) described as: **STIPULATION TO EXTEND TIME FOR SDG&E QUALIFIED NUCLEAR DECOM TO RESPOND TO COMPLAINT (Local Rule 6-1(a))** on the interested party(ies) below, using the following means:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
JULIA I. DE BEERS (SBN 233811)
jdebeers@akingump.com
2029 Century Park East
Suite 2400
Los Angeles, CA 90067

Attorneys for Plaintiffs
DEUTSCHE BANK TRUST COMPANY AMERICAS, LAW DEBENTURE TRUST COMPANY OF NEW YORK, AND WILMINGTON TRUST COMPANY

☐ **BY PERSONAL SERVICE** I delivered such envelope(s) by hand to the offices of the addressee(s).

☐ **BY UNITED STATES MAIL** I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at Los Angeles, California.

☐ **BY OVERNIGHT DELIVERY** I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the respective address(es) of the party(ies) stated above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **BY MESSENGER SERVICE** I served the documents by placing them in an envelope or package addressed to the respective address(es) of the party(ies) stated above and providing them to a professional messenger service for service.

☒ **BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 28, 2011, at San Diego, California.

Debbie Lilac                                    [Signature]
[Print Name of Person Executing Proof]

2
Stipulation to Extend Time for SDG&E QUALIFIED NUCLEAR DECOM to Respond to Complaint      C 11-02634 JCS