```
KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
DALE F. KINSELLA (SBN 63370)
  dkinsella@kwikalaw.com
JEREMIAH REYNOLDS (SBN 223554)
  jreynolds@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
TELEPHONE: 310.566.9800
FACSIMILE:  310.566.9850

Attorney for Defendant William J. Bell, individually and
as Trustee of the James Bell 1993 TR U/A 8/23/93 (Cash
& Holding Account)


AKIN GUMP STRAUSS HAUER & FELD LLP
JULIA I. DE BEERS (SBN 233811)
jdebeers@akingump.com
2029 Century Park East
Suite 2400
Los Angeles, CA 90067
Telephone:    310-229-1000
Facsimile:    310-229-1001

Attorneys for Plaintiffs
DEUTSCHE BANK TRUST COMPANY AMERICAS,
LAW DEBENTURE TRUST COMPANY OF NEW
YORK, AND WILMINGTON TRUST COMPANY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>FIRST REPUBLIC BANK, et al.<br><br>　　　　　　Defendants. | **CLASS ACTION**<br><br>Case No. C 11-02634 JCS<br><br>**STIPULATION TO EXTEND TIME FOR WILLIAM J. BELL TO RESPOND TO COMPLAINT (Local Rule 6-1(a))** |

---

Stipulation to Extend Time for William J. Bell to Respond to Complaint　　　　　　　　　　　　C 11-02634 JCS

## STIPULATION TO EXTEND TIME FOR DEFENDANT WILLIAM J. BELL TO RESPOND TO COMPLAINT

Pursuant to Local Rule 6-1, Plaintiffs Deutsche Bank Trust Company Americas in its capacity as successor indenture trustee for a certain series of Senior Notes ("DBTCA"), Law Debenture Trust Company of New York, in its capacity as successor indenture trustee for a certain series of Senior Notes ("Law Debenture"), and Wilmington Trust Company, in its capacity as successor indenture trustee for the PHONES Notes ("Wilmington Trust" and, together with DBTCA and Law Debenture, "Plaintiffs") by and through their counsel, and Defendant William J. Bell ("Defendant") hereby stipulate and agree that the time for Defendant to answer or otherwise respond to the Complaint is extended by sixty days from the date the response to the Complaint would have been due (i.e., 81 days after service of the Complaint, not counting the day it was received), unless the Court orders otherwise.

In accordance with N.D. Cal. General Order No. 45, Section X, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatory hereto. A scanned image of the signature page is attached hereto.

Dated: June 28, 2011

AKIN GUMP STRAUSS HAUER & FELD LLP

By /s/ Julia I. De Beers
Julia I. De Beers
Attorneys for Plaintiffs
DEUTSCHE BANK TRUST COMPANY AMERICAS, LAW DEBENTURE TRUST COMPANY OF NEW YORK AND WILMINGTON TRUST COMPANY

Dated June 27, 2011

IT IS SO ORDERED
Judge Joseph C. Spero

Dated: June 29, 2011

By /s/ JEREMIAH REYNOLDS
Attorney For Defendant William J. Bell

---

1
Stipulation to Extend Time for Defendant to Respond to Complaint                C 11-02634 JCS