| | |
|---|---|
| 1 | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| | REGINALD D. STEER (SBN 56324) |
| 2 | rsteer@akingump.com |
| | 580 California Street |
| 3 | Suite 1500 |
| | San Francisco, CA 94104 |
| 4 | Telephone:        415-765-9500 |
| | Facsimile:          415-765-9510 |
| 5 | |
| | JULIA I. DE BEERS (SBN 233811) |
| 6 | jdebeers@akingump.com |
| | 2029 Century Park East |
| 7 | Suite 2400 |
| | Los Angeles, CA 90067 |
| 8 | Telephone:        310-229-1000 |
| | Facsimile:          310-229-1001 |
| 9 | |
| | DANIEL H. GOLDEN (*pro hac vice*) |
| 10 | dgolden@akingump.com |
| | DAVID M. ZENSKY (*pro hac vice*) |
| 11 | dzensky@akingump.com |
| | STEPHEN M. BALDINI (*pro hac vice*) |
| 12 | sbaldini@akingump.com |
| | MITCHELL HURLEY (*pro hac vice*) |
| 13 | mhurley@akingump.com |
| | JAMES P. CHOU (*pro hac vice*) |
| 14 | jchou@akingump.com |
| | JASON L. GOLDSMITH (*pro hac vice*) |
| 15 | jgoldsmith@akingump.com |
| | KATHERINE P. SCULLY (*pro hace vice*) |
| 16 | kscully@akingump.com |
| | One Bryant Park |
| 17 | New York, NY 10036-6745 |
| | Telephone:        212-872-1000 |
| 18 | Facsimile:          212-872-1002 |
| 19 | Attorneys for Plaintiffs |
| | DEUTSCHE BANK TRUST COMPANY AMERICAS, |
| 20 | LAW DEBENTURE TRUST COMPANY OF NEW |
| | YORK, AND WILMINGTON TRUST COMPANY |
| 21 | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, et al.,<br><br>                     Plaintiffs,<br><br>        v. | **CLASS ACTION**<br><br>Case No. CV 11-2634 PJH<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO CONTINUE** |

1

1  FIRST REPUBLIC BANK, et al.

2                    Defendants.

**DEADLINE ON PLAINTIFFS' REPLY TO THE ESTATE OF ROBERT D. NELSON'S OPPOSITION TO STAY MOTION TO JULY 29, 2011**

### [~~PROPOSED~~] ORDER

Pursuant to the Stipulation to Continue Deadline on Plaintiffs' Reply to the Estate of Robert D. Nelson in Opposition to Stay Motion to July 29, 2011, the Court ORDERS as follows: Plaintiffs' Reply to the Estate of Robert D. Nelson's shall be due no later than July 29, 2011.

IT IS SO ORDERED.

Dated: ___July 28___, 2011



The Honorable Phyllis J. Hamilton
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton