| | |
|---|---|
| 1 | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| | REGINALD D. STEER (SBN 56324) |
| 2 | rsteer@akingump.com |
| | 580 California Street |
| 3 | Suite 1500 |
| | San Francisco, CA 94104 |
| 4 | Telephone:     415-765-9500 |
| | Facsimile:     415-765-9510 |
| 5 | |
| | JULIA I. DE BEERS (SBN 233811) |
| 6 | jdebeers@akingump.com |
| | 2029 Century Park East |
| 7 | Suite 2400 |
| | Los Angeles, CA 90067 |
| 8 | Telephone:     310-229-1000 |
| | Facsimile:     310-229-1001 |
| 9 | |
| | DAVID M. ZENSKY (admitted *pro hac vice*) |
| 10 | dzensky@akingump.com |
| | STEPHEN M. BALDINI (admitted *pro hac vice*) |
| 11 | sbaldini@akingump.com |
| | MITCHELL HURLEY *(*admitted *pro hac vice)* |
| 12 | mhurley@akingump.com |
| | JAMES P. CHOU (admitted *pro hac vice*) |
| 13 | jchou@akingump.com |
| | JASON L. GOLDSMITH (admitted *pro hac vice*) |
| 14 | jgoldsmith@akingump.com |
| | KATHERINE P. SCULLY *(*admitted *pro hace vice)* |
| 15 | kscully@akingump.com |
| | One Bryant Park |
| 16 | New York, NY 10036-6745 |
| | Telephone:     212-872-1000 |
| 17 | Facsimile:     212-872-1002 |
| 18 | Attorneys for Plaintiffs |
| | DEUTSCHE BANK TRUST COMPANY AMERICAS, |
| 19 | LAW DEBENTURE TRUST COMPANY OF NEW |
| | YORK, AND WILMINGTON TRUST COMPANY |
| 20 | except with respect to claims asserted against Shareholder |
| | Defendants: Catholic Healthcare West CHW; Catholic |
| 21 | Health West CHW (Catholic Healthcare West CHW); City |
| | National Bank; Union Bank of California N.A.; PG&E |
| 22 | PostRet Medical Plan TR |
| 23 | **FRIEDMAN KAPLAN SEILER & ADELMAN LLP** |
| | Robert J. Lack |
| 24 | rlack@fklaw.com |
| | Hal Neier (pro hac vice pending) |
| 25 | Amy C. Brown (pro hac vice pending) |
| | Ricardo Solano Jr. (pro hac vice pending) |
| 26 | 7 Times Square |
| | New York, NY 10036-6516 |
| 27 | Telephone: 212-833-1100 |
| | Facsimile: 212-833-1250 |
| 28 | |

1

NOTICE OF CHANGE IN COUNSEL AS TO SOME DEFENDANTS
AND [PROPOSED] ORDER                                                              CV 11-2634 PJH

1  Attorneys for Plaintiffs with respect to claims asserted against Shareholder Defendants: Catholic Healthcare
2  West CHW; Catholic Health West CHW (Catholic Healthcare West CHW); City National Bank; Union Bank
3  of California N.A.; PG&E PostRet Medical Plan TR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| DEUTSCHE BANK TRUST COMPANY AMERICAS, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>FIRST REPUBLIC BANK, et al.<br><br>   Defendants. | **CLASS ACTION**<br><br>Case No. CV 11-2634 PJH<br><br>**NOTICE OF CHANGE IN COUNSEL AS TO SOME DEFENDANTS AND [PROPOSED] ORDER** |
|---|---|

1       TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE:

2       Plaintiffs Deutsche Bank Trust Company Americas, in its capacity as successor indenture

3 trustee for a certain series of Senior Notes ("DBTCA"), Law Debenture Trust Company of New York,

4 in its capacity as successor indenture trustee for a certain series of Senior Notes ("Law Debenture"),

5 and Wilmington Trust Company, in its capacity as successor indenture trustee for the PHONES Notes

6 ("Wilmington Trust" and, together with DBTCA and Law Debenture, "Plaintiffs"), by and through

7 their counsel, respectfully move the Court for an order substituting Robert J. Lack, Hal Neier, Amy C.

8 Brown and Richard Solano Jr. of Friedman Kaplan Seiler & Adelman LLP for Daniel Golden, David

9 M. Zensky, Stephen M. Baldini, Mitchell P. Hurley, Reginald D. Steer, James P. Chou, Julia I. De

10 Beers, Jason L. Goldsmith and Katherine P. Scully of Akin Gump Strauss Hauer & Feld, LLP **only as**

11 **to defendants Catholic Healthcare West CHW; Catholic Health West CHW (Catholic Healthcare**

12 **West CHW); City National Bank; Union Bank of California N.A.; and PG&E PostRet Medical**

13 **Plan TR.**

14       On behalf of myself, Daniel Golden, David M. Zensky, Stephen M. Baldini, Mitchell P. Hurley,

15 Reginald D. Steer, James P. Chou, Jason L. Goldsmith and Katherine P. Scully of Akin Gump Strauss

16 Hauer & Feld, LLP, we consent to the above substitution as to defendants Catholic Healthcare West

17 CHW; Catholic Health West CHW (Catholic Healthcare West CHW); City National Bank; Union Bank

18 of California N.A.; PG&E PostRet Medical Plan TR.  We remain counsel for Plaintiffs as to the other

19 defendants in this action.

20       In accordance with N.D. Cal. General Order No. 45, Section X, the filer of this document

21 hereby attests that the concurrence to the filing of this document has been obtained from the other

22 signatory hereto.

23 Dated:  August 24, 2011             AKIN GUMP STRAUSS HAUER & FELD LLP

24

25                                 By       /s/ Julia I. De Beers
                                        Julia I. De Beers

26                               Attorneys for Plaintiffs
                    DEUTSCHE BANK TRUST COMPANY AMERICAS

27                     LAW DEBENTURE TRUST COMPANY OF NEW
                    YORK AND WILMINGTON TRUST COMPANY

28                     except with respect to claims asserted against
                    Shareholder Defendants: Catholic Healthcare West

|   |   |
|---|---|
| 1 | CHW; Catholic Health West CHW (Catholic Healthcare West CHW); City National Bank; Union Bank of California N.A.; PG&E PostRet Medical Plan TR |

I accept this substitution, and am duly admitted to practice in this district.[1]

Dated: August 24, 2011          FRIEDMAN KAPLAN SEILER & ADELMAN LLP

By _____/s/ Robert J. Lack_____
Robert J. Lack
Attorneys for Plaintiffs
DEUTSCHE BANK TRUST COMPANY AMERICAS
LAW DEBENTURE TRUST COMPANY OF NEW
YORK AND WILMINGTON TRUST COMPANY
with respect to claims asserted against Shareholder
Defendants: Catholic Healthcare West CHW; Catholic
Health West CHW (Catholic Healthcare West CHW);
City National Bank; Union Bank of California N.A.;
PG&E PostRet Medical Plan TR

**IT IS SO ORDERED:**

Dated: __August 29__, 2011      _____
The Honorable Phyllis J. Hamilton
United States District Court Judge

---

[1] Robert J. Lack is a member in good standing of the bar of this Court who was admitted to practice in the Northern District of California on December 15, 1988.  Mr. Lack is not a member of the California bar, but he is a member of good standing in the Northern District of California because he was admitted before the effective date of Northern District's Local Rules, September 1, 1995.  N.D. Cal. L.R. 11-1(a); see also L.R. 11-1(b) (providing that attorneys admitted after the effective date of the Northern District Local Rules must be members of the California State Bar).

|   |   |
|---|---|
| 1 | California N.A.; PG&E PostRet Medical Plan TR |

I accept this substitution, and am duly admitted to practice in this district.[1]

Dated: August 24, 2011      FRIEDMAN KAPLAN SEILER & ADELMAN LLP

By _____
    Robert J. Lack
    Attorneys for Plaintiffs
DEUTSCHE BANK TRUST COMPANY AMERICAS
LAW DEBENTURE TRUST COMPANY OF NEW
YORK AND WILMINGTON TRUST COMPANY
with respect to claims asserted against Shareholder
Defendants: Catholic Healthcare West CHW; Catholic
Health West CHW (Catholic Healthcare West CHW);
City National Bank; Union Bank of California N.A.;
PG&E PostRet Medical Plan TR

**IT IS SO ORDERED:**

Dated: _____, 2011      _____
    The Honorable Phyllis J. Hamilton
    United States District Court Judge

---

[1] Robert J. Lack is a member in good standing of the bar of this Court who was admitted to practice in the Northern District of California on December 15, 1988. Mr. Lack is not a member of the California bar, but he is a member of good standing in the Northern District of California because he was admitted before the effective date of Northern District's Local Rules, September 1, 1995. N.D. Cal. L.R. 11-1(a); *see also* L.R. 11-1(b) (providing that attorneys admitted after the effective date of the Northern District Local Rules must be members of the California State Bar).

4

NOTICE OF CHANGE IN COUNSEL AS TO SOME DEFENDANTS
AND [PROPOSED] ORDER      CV 11-2634 PJH