1  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   REGINALD D. STEER (SBN 56324)
2  rsteer@akingump.com
   580 California Street
3  Suite 1500
   San Francisco, CA 94104
4  Telephone:      415-765-9500
   Facsimile:      415-765-9510
5
   JULIA I. DE BEERS (SBN 233811)
6  jdebeers@akingump.com
   2029 Century Park East
7  Suite 2400
   Los Angeles, CA 90067
8  Telephone:      310-229-1000
   Facsimile:      310-229-1001
9
   DAVID M. ZENSKY (admitted *pro hac vice*)
10 dzensky@akingump.com
   STEPHEN M. BALDINI (admitted *pro hac vice*)
11 sbaldini@akingump.com
   MITCHELL HURLEY *(*admitted *pro hac vice)*
12 mhurley@akingump.com
   JAMES P. CHOU (admitted *pro hac vice*)
13 jchou@akingump.com
   JASON L. GOLDSMITH (admitted *pro hac vice*)
14 jgoldsmith@akingump.com
   KATHERINE P. SCULLY *(*admitted *pro hace vice)*
15 kscully@akingump.com
   One Bryant Park
16 New York, NY 10036-6745
   Telephone:      212-872-1000
17 Facsimile:      212-872-1002

18 Attorneys for Plaintiffs
   DEUTSCHE BANK TRUST COMPANY AMERICAS,
19 LAW DEBENTURE TRUST COMPANY OF NEW
   YORK, AND WILMINGTON TRUST COMPANY
20 except with respect to claims asserted against Shareholder
   Defendants: Catholic Healthcare West CHW; Catholic
21 Health West CHW (Catholic Healthcare West CHW); City
   National Bank; Union Bank of California N.A.; PG&E
22 PostRet Medical Plan TR

23 FRIEDMAN KAPLAN SEILER & ADELMAN LLP
   Robert J. Lack
24 rlack@fklaw.com
   Hal Neier (pro hac vice pending)
25 Amy C. Brown (pro hac vice pending)
   Ricardo Solano Jr. (pro hac vice pending)
26 7 Times Square
   New York, NY 10036-6516
27 Telephone: 212-833-1100
   Facsimile: 212-833-1250
28

1

NOTICE OF CHANGE IN PLAINTIFFS' COUNSEL AGAINST DEFENDANTS SDG&E QUALIFIED
NUCLEAR DECOM AND  SDG&E QUALIFIED NUCLEAR DECOMMISSIONING
TRUST PARTNERSHIP AND [PROPOSED] ORDER                              CV 11-2634 PJH

1  Attorneys for Plaintiffs with respect to claims asserted
   against Shareholder Defendants: Catholic Healthcare
2  West CHW; Catholic Health West CHW (Catholic
   Healthcare West CHW); City National Bank; Union Bank
3  of California N.A.; PG&E PostRet Medical Plan TR;
   SDG&E Qualified Nuclear Decom and SDG&E Qualified
4  Nuclear Decommissioning Trust Partnership

5                    UNITED STATES DISTRICT COURT

6                    NORTHERN DISTRICT OF CALIFORNIA

7                            OAKLAND DIVISION

8  DEUTSCHE BANK TRUST COMPANY
   AMERICAS, et al.                          **CLASS ACTION**
9
                   Plaintiffs,                Case No. CV 11-2634 PJH
10
          v.                                  **NOTICE OF CHANGE IN PLAINTIFFS'**
11                                            **COUNSEL AS AGAINST DEFENDANTS**
   FIRST REPUBLIC BANK, et al.                **SDG&E QUALIFIED NUCLEAR**
12                                            **DECOM AND SDG&E QUALIFIED**
                   Defendants.                **NUCLEAR DECOMMISSIONING**
13                                            **TRUST PARTNERSHIP AND**
                                              **[PROPOSED] ORDER**
14

15

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE:

Plaintiffs Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for a certain series of Senior Notes ("DBTCA"), Law Debenture Trust Company of New York, in its capacity as successor indenture trustee for a certain series of Senior Notes ("Law Debenture"), and Wilmington Trust Company, in its capacity as successor indenture trustee for the PHONES Notes ("Wilmington Trust" and, together with DBTCA and Law Debenture, "Plaintiffs"), by and through their counsel, respectfully move the Court for an order substituting Robert J. Lack, Hal Neier, Amy C. Brown and Richard Solano Jr. of Friedman Kaplan Seiler & Adelman LLP for Daniel Golden, David M. Zensky, Stephen M. Baldini, Mitchell P. Hurley, Reginald D. Steer, James P. Chou, Julia I. De Beers, Jason L. Goldsmith and Katherine P. Scully of Akin Gump Strauss Hauer & Feld, LLP **only as to defendants SDG&E Qualified Nuclear Decom and SDG&E Qualified Nuclear Decommissioning Trust Partnership**.

On behalf of myself, Daniel Golden, David M. Zensky, Stephen M. Baldini, Mitchell P. Hurley, Reginald D. Steer, James P. Chou, Jason L. Goldsmith and Katherine P. Scully of Akin Gump Strauss Hauer & Feld, LLP, we consent to the above substitution as to defendants SDG&E Qualified Nuclear Decom and SDG&E Qualified Nuclear Decommissioning Trust Partnership. We remain counsel for Plaintiffs as to the other defendants in this action, except as noted below.

In accordance with N.D. Cal. General Order No. 45, Section X, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatory hereto.

Dated:  September 27, 2011                     AKIN GUMP STRAUSS HAUER & FELD LLP

By          /s/ Julia I. De Beers          
Julia I. De Beers
Attorneys for Plaintiffs
DEUTSCHE BANK TRUST COMPANY AMERICAS
LAW DEBENTURE TRUST COMPANY OF NEW YORK AND WILMINGTON TRUST COMPANY
except with respect to claims asserted against Shareholder Defendants: Catholic Healthcare West CHW; Catholic Health West CHW (Catholic Healthcare West CHW); City National Bank; Union Bank of California N.A.; PG&E PostRet Medical Plan

3

TR; SDG&E Qualified Nuclear Decom; and SDG&E Qualified Nuclear Decommissioning Trust Partnership

I accept this substitution, and am duly admitted to practice in this district.[1]

Dated: September 27, 2011     FRIEDMAN KAPLAN SEILER & ADELMAN LLP

By  /s/ Robert J. Lack
Robert J. Lack
Attorneys for Plaintiffs
DEUTSCHE BANK TRUST COMPANY AMERICAS
LAW DEBENTURE TRUST COMPANY OF NEW YORK AND WILMINGTON TRUST COMPANY
with respect to claims asserted against Shareholder Defendants: Catholic Healthcare West CHW; Catholic Health West CHW (Catholic Healthcare West CHW); City National Bank; Union Bank of California N.A.; PG&E PostRet Medical Plan TR; SDG&E Qualified Nuclear Decom and SDG&E Qualified Nuclear Decommissioning Trust Partnership

**IT IS SO ORDERED:**

Dated: September 30, 2011

The Honorable Phyllis J. Hamilton
United States District Court Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*

---

[1] Robert J. Lack is a member in good standing of the bar of this Court who was admitted to practice in the Northern District of California on December 15, 1988. Mr. Lack is not a member of the California bar, but he is a member of good standing in the Northern District of California because he was admitted before the effective date of Northern District's Local Rules, September 1, 1995. N.D. Cal. L.R. 11-1(a); see also L.R. 11-1(b) (providing that attorneys admitted after the effective date of the Northern District Local Rules must be members of the California State Bar).

4

NOTICE OF CHANGE IN PLAINTIFFS' COUNSEL AGAINST DEFENDANTS SDG&E QUALIFIED NUCLEAR DECOM AND SDG&E QUALIFIED NUCLEAR DECOMMISSIONING TRUST PARTNERSHIP AND [PROPOSED] ORDER                    CV 11-2634 PJH