```
 1  AKIN GUMP STRAUSS HAUER & FELD LLP
    REGINALD D. STEER (SBN 56324)
 2  rsteer@akingump.com
    580 California Street, Suite 1500
 3  San Francisco, CA 94104
    Telephone:    415-765-9500
 4  Facsimile:    415-765-9510

 5  JULIA I. DE BEERS (SBN 233811)
    jdebeers@akingump.com
 6  2029 Century Park East, Suite 2400
    Los Angeles, CA 90067
 7  Telephone:    310-229-1000
    Facsimile:    310-229-1001
 8
    DAVID M. ZENSKY (admitted pro hac vice)
 9  dzensky@akingump.com
    STEPHEN M. BALDINI (admitted pro hac vice)
10  sbaldini@akingump.com
    MITCHELL HURLEY (admitted pro hac vice)
11  mhurley@akingump.com
    JASON L. GOLDSMITH (admitted pro hac vice)
12  jgoldsmith@akingump.com
    One Bryant Park
13  New York, NY 10036-6745
    Telephone:    212-872-1000
14  Facsimile:    212-872-1002

15  Attorneys for Plaintiffs
    DEUTSCHE BANK TRUST COMPANY AMERICAS,
16  LAW DEBENTURE TRUST COMPANY OF NEW
    YORK, AND WILMINGTON TRUST COMPANY,
17  except with respect to claims asserted against Shareholder
    Defendants: Catholic Healthcare West CHW; Catholic
18  Health West CHW (Catholic Healthcare West CHW); City
    National Bank; Union Bank of California N.A.; PG&E
19  PostRet Medical Plan TR
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>FIRST REPUBLIC BANK, et al.,<br><br>  Defendants. | **CLASS ACTION**<br><br>Case No. CV 11-2634 PJH<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the terms, conditions and limitations of a stipulation between the parties of even date herewith, Plaintiffs Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for a certain series of Senior Notes, Law Debenture Trust Company of New York, in its capacity as successor indenture trustee for a certain series of Senior Notes, and Wilmington Trust Company, in its capacity as successor indenture trustee for the PHONES notes, hereby dismiss this action without prejudice solely against defendant Melissa Ma, who has neither moved nor answered.

Dated: October 18, 2011

AKIN GUMP STRAUSS HAUER & FELD LLP

By____/s/ Julia I. De Beers____
Julia I. De Beers
Attorneys for Plaintiffs
DEUTSCHE BANK TRUST COMPANY AMERICAS
LAW DEBENTURE TRUST COMPANY OF NEW YORK AND WILMINGTON TRUST COMPANY

10/25/11



IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA