United States District Court
For the Northern District of California

1

2

3            UNITED STATES DISTRICT COURT

4            NORTHERN DISTRICT OF CALIFORNIA

5

6

7

8  DEUTSCHE BANK TRUST COMPANY
   AMERICAS, et al.,

9         Plaintiffs,                     No. C 11-2634 PJH

10        v.                              **ORDER RE E-FILING REQUIREMENTS
                                          FOR  PRO SE DEFENDANTS**
11 FIRST REPUBLIC BANK, et al.,

12        Defendants.
   _____/

13

14       Before the court is the request of pro se defendant Peter A. Young to participate in

15 the court's Electronic Case Filing ("ECF") program.  The court will rule on the request upon

16 receipt of a declaration from defendant stating that he has read General Order No. 45 and

17 the court's instructions regarding ECF registration and use found on the court's website at

18 http://ecf.cand.uscourts.gov, that he understands the requirements of the ECF program,

19 and that he agrees to comply with all the rules and orders of the court, subject to

20 termination of his participation for failing to comply with said rules and orders.  If no

21 declaration is received within 14 days, the request will be denied.

22

23 **IT IS SO ORDERED.**

24 Dated: November 2, 2011

25                                        _____
                                         PHYLLIS J. HAMILTON
26                                       United States District Judge

27

28