UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEUTSCHE BANK TRUST COMPANY AMERICAS, et al.,

       Plaintiff(s),

    v.

FIRST REPUBLIC BANK, et al.,

       Defendant(s).

_____/

No. C 11-2634 PJH

**ORDER**

By order filed November 2, 2011, pro se defendant Peter Young was advised that in order to be granted permission to participate in the court's Electronic Case Filing program, declaration was required. In response defendant has filed a "Request for Permission to E-File," but he has not provided the declaration, to-wit, a statement under penalty of perjury, setting forth the required factual matters set forth in the November 2, 2011 order. The request is accordingly DENIED. If defendant wishes to renew his request he must follow the previously entered order.

**IT IS SO ORDERED.**

Dated: November 21, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge